UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CesFin Ventures LLC,

                *Petitioner*,

    *-against-*

Al Ghaith Holding Co. PJSC, et al.,

                *Respondents.*

------------------------------------------------------------X

21-cv-1395 (PAC)

**ORDER**

        The three individual Respondents in this case move to vacate the Clerk's Certificate of Default that was issued against them on June 14, 2021. (ECF 28.) Petitioner CesFin Ventures LLC does not oppose the Respondents' motion. (ECF 34.) Accordingly, the motion is **GRANTED**.

        The individual Respondents are directed to respond to the Petitioner's Petition for Enforcement within 21 days or by August 20, 2021.

Dated: New York, New York
       July 30, 2021

SO ORDERED

*/s/ Paul A. Crotty*

HONORABLE PAUL A. CROTTY
United States District Judge

1