UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESFIN VENTURES LLC,

                  Petitioner-Plaintiff,

      -against-

AL GHAITH HOLDING COMPANY PJSC,
ALI HAMEL KHADEM AL GHAITH AL
QUBAISI, GHAITH HAMEL KHADEM
AL GHAITH AL QUBAISI and KHALIFA
HAMEL KHADEM AL GHAITH AL
QUBAISI,

                  Respondents-
                  Defendants.

**ORDER**

21 Civ. 1395 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On October 12, 2021, counsel for Al Ghaith Holding Company PJSC ("Al Ghaith"), Wasser & Russ, LLP, requested leave to file a motion to withdraw as Al Ghaith's counsel under seal. (Dkt. No. 40) This Court granted Wasser & Russ's request on October 15, 2021, and Wasser & Russ filed its motion to withdraw under seal on October 18, 2021. (Dkt. Nos. 41, 43)

        Petitioner requests to be served with a copy of the motion to withdraw so that it may submit a response. (Dkt. Nos. 42, 44) Opposing parties are not afforded the right to respond to a motion to withdraw as counsel, however. Accordingly, Petitioner's request is denied.

        The Court will hold a hearing on the motion to withdraw on **November 9, 2021 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Petitioner will be afforded an opportunity to raise any concerns

2

regarding the motion to withdraw at the hearing. A corporate representative for Defendant Al Ghaith will appear at the hearing.

Dated: New York, New York
      October 26, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

———————————————
Paul G. Gardephe
United States District Judge