UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CESFIN VENTURES LLC,

            Plaintiff,

-against-

AL GHAITH HOLDING COMPANY PJSC, ALI HAMEL KHADEM AL GHAITH AL QUBAISI, GHAITH HAMEL KHADEM AL GHAITH AL QUBAISI and KHALIFA HAMEL KHADEM AL GHAITH AL QUBAISI,

            Defendants.

**ORDER**

15 Civ. 9857 (PGG) (KNF)

21 Civ. 1395 (PGG) (KNF)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in open court yesterday, Wasser & Russ's motion to withdraw as counsel for Al Ghaith Holding Company (Dkt. No. 43) is granted. Defendant Al Ghaith Holding Company must arrange for substitute counsel by **November 23, 2021**.

        As to any motions for sanctions against Defendant Al Ghaith Holding Company, Plaintiff's counsel must file its submission by **November 30, 2021**.

Dated: New York, New York
         November 10, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge