UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESFIN VENTURES LLC,

              Petitioner,

-against-

AL GHAITH HOLDING COMPANY PJSC,
ALI HAMEL KHADEM AL GHAITH AL
QUBAISI, GHAITH HAMEL KHADEM
AL GHAITH AL QUBAISI, and KHALIFA
HAMEL KHADEM AL GHAITH AL
QUBAISI,

              Respondents.

**ORDER**

21 Civ. 1395 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court is in receipt of Petitioner's motion to amend (Dkt. No. 66) and Respondents' motion to dismiss (Dkt. Nos. 69, 71). In accordance with Rule IV.C of the Court's Individual Rules of Practice, the parties are directed to "electronically file motion and reply papers on ECF <u>only when the entire motion has been briefed</u>."

        Accordingly, the Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 66, 69, and 71. Petitioner will re-file its motion to amend only once the motion is fully briefed. Likewise, Respondents will re-file their motion to dismiss only once the motion is fully briefed.

Dated: New York, New York
       February 7, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge