UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESFIN VENTURES LLC,

               Petitioner,

-against-

AL GHAITH HOLDING COMPANY PJSC, ALI HAMEL KHADEM AL GHAITH AL QUBAISI, GHAITH HAMEL KHADEM AL GHAITH AL QUBAISI, and KHALIFA HAMEL KHADEM AL GHAITH AL QUBAISI,

               Respondents.

**ORDER OF DEFAULT**

21 Civ. 1395 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       This action seeking enforcement of an arbitration award was filed on February 17, 2021. (Dkt. No. 1) Respondent Al Ghaith Holdings PJSC ("AGH") filed its answer on June 4, 2021, through its then-counsel, Wasser & Russ. (Dkt. No. 25)

       On October 18, 2021, Wasser & Russ moved to withdraw. (Dkt. No. 43) In a November 10, 2021 order, this Court granted Wasser & Russ's motion and directed AGH to "arrange for substitute counsel by November 23, 2021." (Dkt. No. 47)

       Since that time, no lawyer has appeared on behalf of AGH.

       On January 28, 2022, Petitioner moved for a default judgment as to AGH. (Dkt. No. 72) In a February 4, 2022 order, this Court directed AGH to show cause by February 11, 2022, why a default judgment should not be entered against it, and scheduled a hearing for February 17, 2022. (Dkt. No. 75)

       On February 4, 2022, Petitioner served the Order to Show Cause on Respondent AGH. (Feb. 4, 2022 Decl. of Service (Dkt. No. 76) at 1)

AGH has not responded in any fashion to this Court's Order to Show Cause or to Petitioner's motion for a default judgment, and no lawyer appeared for AGH at the February 17, 2022 hearing.

Accordingly, an order of default is entered against Respondent Al Ghaith Holdings PJSC.  Given that this action remains pending as to the individual respondents, no inquest as to damages will be conducted at this time.

The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
February 18, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge