UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CesFin Ventures LLC,

                         Petitioner,

-against-

Al Ghaith Holding Company PJSC, et al.,

                         Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2022

1:21-cv-01395 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

        Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that Petitioner's motion to amend (ECF No. 78) is GRANTED. No later than May 5, 2022, Petitioner shall serve the Amended and Supplemental Petition and Complaint (the "Amended Petition") upon Ali Hamel Khadem Al Ghaith Al Qubaisi, Ghaith Hamel Khadem Al Ghaith Al Qubaisi and Khalifa Hamel Khadem Al Ghaith Al Qubaisi (together, the "Individual Respondents"), through their counsel. No later than June 27, 2022, Petitioner shall serve the Amended Petition on the newly added Respondent, Six Star Representation of Companies LLC.

        Plaintiff and the Individual Respondents are directed to meet and confer regarding a proposed schedule for the Individual Respondent's anticipated motion to dismiss the Amended Petition[1] and, no later than May 5, 2022, file a joint letter setting forth such proposed schedule.

**SO ORDERED.**

DATED:      New York, New York
               April 28, 2022

                                                               _____
                                                              STEWART D. AARON
                                                              United States Magistrate Judge

---

[1] The Court having granted Petitioner's motion to amend, the Individual Respondent's motion to dismiss the Petition and Complaint (ECF No. 88) is moot.