```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CesFin Ventures LLC,

                            Petitioner,

       -against-

Al Ghaith Holding Company PJSC, et al.,

                           Respondents.

1:21-cv-01395 (PGG) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       The parties are directed to appear for a telephone conference on Tuesday, July 25, 2023, at 9:00 a.m. Eastern Time to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

       Petitioner promptly shall serve a copy of this Order on the individual respondents at the email addresses set forth in the May 1, 2023 Certificate of Service filed by their former counsel. (Cert. of Service, ECF No. 154.)

**SO ORDERED.**

DATED:    New York, New York
              June 5, 2023

_____
STEWART D. AARON
United States Magistrate Judge