USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CesFin Ventures LLC,<br><br>          Petitioner,<br><br>-against-<br><br>Al Ghaith Holding Company PJSC, et al.,<br><br>          Respondents. | 1:21-cv-01395 (PGG) (SDA)<br><br>**<u>ORDER</u>** |

**STEWART D. AARON, United States Magistrate Judge:**

  Following a telephone conference today, for which only Petitioner appeared, and the individual defendants failed to appear despite a Court Order requiring their attendance, it is hereby Ordered that within 7 days of a decision by District Judge Gardephe regarding the Report & Recommendation on Respondents' motions to dismiss and pending objections (*see R&R*, ECF No. 135; Objections, ECF Nos. 138 & 139), Petitioner shall file a letter setting forth proposed next steps in this action.

  The individual respondents are reminded that, although they may appear *pro se*, they must comply with all Court Orders and deadlines. Continued failure to do so shall result in a recommendation to the District Judge that sanctions be imposed, up to an including that a default judgment be entered against them.

      Petitioner promptly shall serve a copy of this Order on the individual respondents at the email addresses set forth in the May 1, 2023 Certificate of Service filed by their former counsel. (Cert. of Service, ECF No. 154.)

**SO ORDERED.**

DATED:    New York, New York
              July 25, 2023

_____
STEWART D. AARON
United States Magistrate Judge