UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESFIN VENTURES LLC,

           Petitioner,

-against-

AL GHAITH HOLDING COMPANY PJSC, ALI HAMEL KHADEM AL GHAITH AL QUBAISI, GHAITH HAMEL KHADEM AL GHAITH AL QUBAISI, and KHALIFA HAMEL KHADEM AL GHAITH AL QUBAISI,

           Respondents.

**ORDER**

21 Civ. 1395 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court has been informed that the parties have reached a settlement in this matter and are in the process of preparing a stipulation and proposed order of dismissal. Accordingly, this matter will be stayed in its entirety until **October 2, 2023**. The parties will provide a status update on **October 2, 2023** if a stipulation of dismissal has not been filed.

Dated: New York, New York
       September 20, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge