UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESFIN VENTURES LLC,

                Petitioner,

    v.

AL GHAITH HOLDING COMPANY PJSC, ALI HAMEL KHADEM AL GHAITH AL QUBAISI, GHAITH HAMEL KHADEM AL GHAITH AL QUBAISI and KHALIFA HAMEL KHADEM AL GHAITH AL QUBAISI and SIX STAR REPRESENTATION OF COMPANIES LLC,

                Respondents

1:21-cv-1395 (PGG) (SDA)

## ORDER OF DISMISSAL

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 41(a)(2), Petitioner CesFin Ventures LLC and Respondents Al Ghaith Holding Company PJSC, Ali Hamel Khadem Al Ghaith Al Qubaisi, Ghaith Hamel Khadem Al Ghaith Al Qubaisi, Khalifa Hamel Khadem Al Ghaith Al Qubaisi and Six Star Representation of Companies LLC (collectively, the "**Parties**") have executed a settlement agreement and wish to dismiss the above-referenced action with prejudice, with each of the Parties bearing their own fees and costs;

**NOW, THEREFORE,** it is hereby **ORDERED** that this action is dismissed with prejudice, with each of the Parties to bear their own fees and costs.

DATED: New York, New York
        October __5__, 2023

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge